UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEDRO ROSARIO,

                Plaintiff,

-against-

NICHOLAS ROMAN,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/8/2021_

21 Civ. 8074 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 5, 2021, the Court ordered the parties to submit a joint letter and proposed case management plan by November 29, 2021. ECF No. 2. Those submissions are now overdue. Accordingly, the parties shall submit their joint letter and proposed case management plan by **December 15, 2021**.

    SO ORDERED.

Dated: December 8, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge