**Law Office of Dennis C. Bartling**
**Attorneys and Support Staff Are Employees of**
**Government Employees Insurance Company**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/16/2021_

875 Merrick Avenue
Westbury, NY 11590
Telephone: 516-229-4401
Facsimile: 516-229-4403

December 14, 2021

Judge Analisa Torres
500 Pearl Street
New York, New York 10007

Re:    Case:    Rosario v Roman
       Docket number:    1:21-cv-08074

Dear Judge Torres:

This office represents the defendant, Nicholas Roman, in the above matter pursuant to an insurance policy with Geico. I have been advised by Geico that the case is settled in principle. They are awaiting confirmation that there are no liens, including any outstanding Medicare liens. I believe that this should be resolved within thirty days and request an adjournment of the civil case management plan, until January 14, 2022. The case management plan was originally due on November 29, 2021 and the parties did not file it at that time, so the Court adjourned it to December 15, 2021. I have written to the plaintiff's attorneys regarding this request and have not heard back on this issue.

Respectfully submitted,

LAW OFFICE OF DENNIS C. BARTLING

*Susan Duncan*

Susan Duncan

GRANTED. By **December 22, 2021**, the parties shall file a joint letter regarding the status of settlement. The deadline to the file joint letter and proposed case management plan is ADJOURNED to **January 14, 2022**.

SO ORDERED.

Dated: December 16, 2021
    New York, New York

_____
ANALISA TORRES
United States District Judge