UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEDRO ROSARIO,

                Plaintiff,

-against-

NICHOLAS ROMAN,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/19/2022_

21 Civ. 8074 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       On December 16, 2021, the Court ordered the parties to submit a joint letter and proposed case management plan by January 14, 2021. ECF No. 8. Those submissions are now overdue. Accordingly, the parties shall submit their joint letter informing the Court of the status of settlement discussions by **February 1, 2022**. By **February 7, 2022**, the parties shall submit a joint letter and proposed case management plan.

       SO ORDERED.

Dated: January 19, 2022
       New York, New York

                                              ANALISA TORRES
                                           United States District Judge